Dismissed and Memorandum Opinion filed June 18, 2009








Dismissed
and Memorandum Opinion filed June 18, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00476-CR

____________

 

LEONARD WATKINS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County, Texas

Trial Court Cause No. 1137429

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was indicted for the offense of possession with intent to deliver a controlled
substance.  On March 7, 2009, the State filed a motion to dismiss the criminal
action because the defendant was convicted in another case.  The trial judge
granted this motion on March 7, 2009.  On May 13, 2009, appellant filed a
notice of appeal. 








Because
there is no judgment of conviction, we must dismiss this appeal for want of
jurisdiction.  Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447
(1961).  Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

 

Panel consists of Justices Anderson, Guzman, and
Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b)